1  Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
2  Jared Richards, Esq.
Nevada Bar No. 11254
3  SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
4  Suite 1100
Las Vegas, NV  89169
5  Telephone:  702.784.5200
6  Facsimile:  702.784.5252
Email: calexander@swlaw.com
7          jrichards@swlaw.com

8
*Attorneys for Defendant Wells Fargo Home*
9  *Mortgage, a division of Wells Fargo Bank, N.A.*

10              UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

12

13  RACHEL MILSTEIN, individually,

14              Plaintiff,                Case No.   2:11-cv-00033-ECR-LRL

15  vs.

16  WELLS FARGO HOME MORTGAGE, A     ORDER GRANTING STIPULATION
DIVISION OF WELLS FARGO          FOR DISMISAL OF WELLS FARGO
17  BANKING NA; and ROE              BANK, N.A. WITH PREJUDICE
CORPORATIONS I through XX; AND
18  DOES I through XX, inclusive,

19              Defendants.

20

21          IT IS HEREBY STIPULATED by and between Plaintiff Rachel Milstein ("Plaintiff"),

22  through counsel, Ihab T. Omar, Esq. and Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"),

23  through their counsel, the law firm of Snell & Wilmer L.L.P., that

24      / / /

25      / / /

26

12715745.1

1    Wells Fargo and Plaintiff stipulate to dismiss Plaintiff's Complaint, in full, with prejudice,

2    and each party to bear its own costs and attorney's fees.

3        The parties further stipulate that all pending deadlines and hearings shall be vacated.

4        The parties further stipulate to release the Notice of Pendency of Action (the "Lis

5    Pendens") relating to this action (Instrument No. 20101221-0000790 related to APN No. 176-11-

6    310-038).

7    Dated this _1st_ day of March, 2011

8

9
     By: _____

10       Ihab T. Omar, Esq.
         8225 West Sahara Avenue, Suite J

11       Las Vegas, Nevada 89117

12       *Attorneys for Plaintiff*

13

14

15

Dated this 28 day of March, 2011

SNELL & WILMER L.L.P.

By: _____

Cynthia L. Alexander, Esq.
Jared Richards, Esq.
3883 Howard Hughes Parkway, Ste 1100
Las Vegas, NV 89169
(702) 784-5200
*Attorneys for Defendant Wells Fargo
Home Mortgage, a division of Wells
Fargo Bank, N.A.*

16    / / /

17    / / /

18    / / /

19    / / /

20

21    / / /

22    / / /

23    / / /

24    / / /

25

26

12715745.1

- 2 -

**ORDER**

IT IS ORDERED dismissing Plaintiff's Complaint, in full, with prejudice, with each party to bear its own costs and attorney's fees.

IT IS FURTHER ORDERED THAT all pending deadlines and hearings shall be vacated.

IT IS FURTHER ORDERED that the Lis Pendens shall be CANCELLED, and this cancellation has the same effect as an expungement of the original Lis Pendens recorded as Instrument No. 20101221-0000790 related to APN No. 176-11-310-038.

DATED this 29th day of March 2011.



UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

SNELL & WILMER L.L.P.

By: _____
 · Cynthia L. Alexander, Esq.
 Jared Richards, Esq.
 3883 Howard Hughes Parkway, Ste 1100
 Las Vegas, NV  89169
 (702) 784-5200
 *Attorneys for Defendant Wells Fargo*
 *Home Mortgage, a division of Wells*
 *Fargo Bank, N.A.*

12715745.1

- 3 -